IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> v. )     **CIVIL ACTION NO.:** <br> ) <br> )     **1:09-CV-2704-JEC-JFK** <br> PAWNMART, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | |

**STIPULATION OF DIMISSAL WITHOUT PREJUDICE**

COME NOW, Plaintiff Equal Employment Opportunity Commission and Defendant PawnMart, Inc., by and through undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Stipulation of Dismissal of the above-captioned case, without prejudice. Each party shall bear their own respective costs and attorneys' fees for this action. Respectfully submitted on this 12th day of March, 2010,

s/ Larry E. Pope, Jr.  
LARRY E. POPE, JR.  
Georgia Bar No. 142266  
EQUAL EMPLOYMENT OPPORTUNITY  
COMMISSION- Atlanta District Office  
100 Alabama Street, SW, Suite 4R30  
Atlanta, Georgia 30303  
Telephone: (404) 562-6816  
Facsimile: (404) 562-6905  
larry.pope@eeoc.gov

s/ Cameron S. Pierce  
Cameron S. Pierce  
Georgia Bar No. 578680  
Littler Mendelson, P.C.  
3344 Peachtree Road, NE  
Suite 1500  
Atlanta, Georgia 30326  
Telephone: (404) 760-3904  
Facsimile: (404) 759-2344  
cpierce@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2010, I electronically filed the foregoing STIPULATION OF DIMISSAL WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Robert K. Dawkins
Regional Attorney, EEOC
100 Alabama Street, SW, Suite 4R30
Atlanta, Georgia 30303

Cameron S. Pierce
Littler Mendelson, P.C.
3344 Peachtree Road, NE, Suite 1500
Atlanta, Georgia 30326

                                            Respectfully submitted,

                                            <u>s/ Larry E. Pope, Jr.</u>
                                            LARRY E. POPE, JR.
                                            Georgia Bar No. 142266
                                            EQUAL EMPLOYMENT OPPORTUNITY
                                            COMMISSION- Atlanta District Office
                                            100 Alabama Street, SW, Suite 4R30
                                            Atlanta, Georgia 30303
                                            Telephone:   (404) 562-6816
                                            Facsimile:    (404) 562-6905